# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADVISORS GROUP, INC.,<br><br>Defendant. | Case No. 2:19-cv-1341-MJH<br><br>Filed Electronically |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY N. ROSENTHAL

Jeffrey N. Rosenthal, undersigned counsel to Defendant American Advisors Group, hereby moves that Jeffrey N. Rosenthal be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. NO. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit in Support of Admission *Pro Hac Vice* of Jeffrey N. Rosenthal filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: December 9, 2019

*/s/ Jeffrey N. Rosenthal*
Jeffrey N. Rosenthal (Pa. I.D. No. 209334)
**BLANK ROME LLP**
One Logan Square, 130 N. 18th St.
Philadelphia, PA 19103
Phone: (215) 569-5774/5553
Fax: (215) 832-5774/5553
Rosenthal-j@BlankRome.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Jeffrey N. Rosenthal*