## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADVISORS GROUP, INC.,<br><br>Defendant. | Case No. 2:19-cv-1341-MJH<br><br>Filed Electronically |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ANA TAGVORYAN

Ana Tagvoryan, undersigned counsel to Defendant American Advisors Group, hereby moves that Ana Tagvoryan be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. NO. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit in Support of Admission *Pro Hac Vice* of Ana Tagvoryan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: January 13, 2020

*/s/ Ana Tagvoryan*
Ana Tagvoryan
BLANKROME
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Phone: (424) 239-3465
Fax: (424) 239-3690
Email: ATagvoryan@BlankRome.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

                                              */s/ Ana Tagvoryan*