IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADVISORS GROUP, INC. AND COMPLETE BUSINESS MARKETING COMPANY, LLC, DBA EXCLUSIVE PROSPECT,<br><br>Defendants. | Case No. 2:19-cv-1341-MJH<br><br>COMPLAINT-CLASS ACTION |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC TROUTMAN

I, Eric Troutman, counsel for defendant, AMERICAN ADVISORS GROUP, INC., hereby move for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for AMERICAN ADVISORS GROUP, INC., pursuant to LCvR 83.2 and LCvR 83.3.

In support of this motion, I have attached my affidavit filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

2

                                       Respectfully submitted,

Dated: March 20, 2020                /s/ *Eric Troutman*
                                                Eric Troutman, CA ID No. 229263, pro *hac vice* pending
Daniel Delnero, GA ID No. 347766, *pro hac vice* pending
SQUIRE PATTON BOGGS (US) LLP
555 So. Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: 213.624.2500
Facsimile: 213.623.4581
eric.troutman@squirepb.com
daniel.delnero@squirepb.com


Jenny N. Perkins, PA ID 306498
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
perkinsj@ballardspahr.com

*Attorneys for Defendant American Advisors Group, Inc.*