## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,** | : <br> : <br> : <br> : <br> : **Case No. 2:19-cv-1341-MJH** |
| **Plaintiff,** | : <br> : **COMPLAINT-CLASS ACTION** |
| v. | : <br> : |
| **AMERICAN ADVISORS GROUP, INC. AND COMPLETE BUSINESS MARKETING COMPANY, LLC, DBA EXCLUSIVE PROSPECT,** , | : <br> : <br> : <br> : <br> : |
| **Defendants.** | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL DELNERO

I, Daniel Delnero, counsel for defendant, AMERICAN ADVISORS GROUP, INC., hereby move for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for AMERICAN ADVISORS GROUP, INC., pursuant to LCvR 83.2 and LCvR 83.3.

In support of this motion, I have attached my affidavit filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: March 20, 2020

/s/ *Daniel Delnero*
Eric Troutman, CA ID No. 229263, pro *hac vice* pending
Daniel Delnero, GA ID No. 347766, *pro hac vice* pending
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309
Telephone: 678 272 3230
Facsimile: 678 272 3211
eric.troutman@squirepb.com
daniel.delnero@squirepb.com

Jenny N. Perkins, PA ID 306498
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
perkinsj@ballardspahr.com

*Attorneys for Defendant American Advisors Group, Inc.*