## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entitled similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>AMERICAN ADVISORS GROUP, INC., et al.,<br><br>        Defendants. | Case No. 2:19-cv-01341-MJH |

### MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN K. MURPHY

Brian K. Murphy, undersigned counsel for Plaintiff Stewart Abramson, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Stewart Abramson pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches a Declaration for Admission *Pro Hac Vice*, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: April 29, 2020

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (0070654) (Ohio)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification to all counsel of record.


**/s/ Brian K. Murphy**
Brian K. Murphy (0070654) (Ohio)